THOMAS PRESCOTT, as Administrator of the Estate of RUSSELL PRESCOTT, Deceased, Appellant, *v.* ANSON B. COLLINS, Doing Business under the Name of " COLLINS BROTHERS," Respondent.

ALPHONSE PERRAS, as Administrator of the Estate of ARTHUR PERRAS, Deceased, Appellant, *v.* ANSON B. COLLINS, Doing Business under the Name of " COLLINS BROTHERS," Respondent.

FRANCIS MURRAY, as Administrator of the Estate of ROGER MURRAY, Deceased, Appellant, *v.* ANSON B. COLLINS, Doing Business under the Name of " COLLINS BROTHERS," Respondent.

Argued April 7, 1943; appeals dismissed May 27, 1943.

*James Conboy* and *J. S. Carter* for appellants.

*Charles B. Sullivan, John J. Conners, Jr.,* and *Warner M. Bouck* for respondent.

Appeals dismissed, without costs, upon the ground that the judgment does not finally determine the action within the meaning of the Constitution. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.